**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-2166**
_____

CRISTINA GILLASPIE,

        Plaintiff - Appellant,

     v.

UNITED STATES OF AMERICA; DEPARTMENT OF THE NAVY; SPECIAL AGENT DOYLE MULLIS; SPECIAL AGENT ANTHONY LUCKMAN,

        Defendants - Appellees.

_____

Appeal from the United States District Court for the District of South Carolina, at Charleston.  David C. Norton, District Judge.  (2:21-cv-01935-DCN)

_____

Submitted:  June 22, 2023                                           Decided:  June 26, 2023

_____

Before HARRIS and HEYTENS, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

**ON BRIEF:** R. Britton Kelly, Peter Phillips, KELLY LAW FIRM, Charleston, South Carolina, for Appellant.  Brian M. Boynton, Principal Deputy Assistant Attorney General, David H. Estes, United States Attorney, Mark B. Stern, Joshua M. Koppel, Civil Division, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Cristina Gillaspie appeals the district court's order accepting the magistrate judge's recommendation to grant Defendants' motions to dismiss and drop parties in Gillaspie's action brought pursuant to the Federal Tort Claims Act, 28 U.S.C. §§ 2671 to 2680, the Administrative Procedures Act, 5 U.S.C. §§ 701 to 706, and *Bivens v. Six Unknown Fed. Narcotics Agents*, 403 U.S. 388 (1971). Upon review of the arguments pressed on appeal in conjunction with the record and the relevant authorities, we find no reversible error. Accordingly, we affirm the district court's order. *Gillaspie v. United States*, No. 2:21-cv-01935-DCN (D.S.C. Oct. 7, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*